433 A.2d 552

Commonwealth v. Fraschetta, Appellant.

Submitted September 11, 1980.   John L. Walder, for appellant;  Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.

433 A.2d 552

Commonwealth v. Harrison, Appellant.

Argued March 11, 1980.   Malcolm W. Berkowitz, for appellant;   Kenneth S. Gallant, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.